```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


JANET HUBLEY,                    )
        Plaintiff,               )
                                 )         CIVIL ACTION
v.                               )         14-13737-DPW
                                 )
COLLECTIONS UNLIMITED, INC.      )
Of TEXAS, et al.,                )
        Defendants.              )
```

### SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised that the above-entitled action has been settled on **11/24/14** with respect to all parties;

   IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within **60 days**, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **1/26/15**.


                                         BY THE COURT,

                                         /s/ Jarrett Lovett
                                         Courtroom Deputy Clerk

DATE: 11/25/14